Julian Prewitte, et al., Appellants, v. Wilbur P. Webster as Executor, etc., Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Duval.

Appeal dismissed on motion of counsel for appellants.

*F. M. Valz* and *Damon G. Yerkes,* for Appellants;

No appearance for Appellee.